RECEIVED
AUG 2 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUAN RAFAEL TORRES-CARRILLO,<br>Petitioner | CIVIL ACTION NO. 1:19-CV-559-P |
| VERSUS | JUDGE DEE. D. DRELL |
| CHRIS McCONNELL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the Objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 Petition (Doc. 1) is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of August, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE